UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD JOHNIGAN-BEY,

       Petitioner,            Case No. 07-10844
                                    HON. JOHN CORBETT O'MEARA

v.

CATHERINE S. BAUMAN,

       Respondent,

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       The Court having reviewed the report and recommendation filed on September 30, 2009, by Magistrate Judge Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

       IT IS HEREBY ORDERED that the report and recommendation is accepted and adopted as the findings and conclusions of this Court.

       IT IS FURTHER ORDERED that the petition for writ of habeas corpus is DENIED.

                                                          s/John Corbett O'Meara
                                                           United States District Judge

Date: December 14, 2009

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on December 14, 2009, electronically and/or by U.S. mail.

                                                  s/William Barkholz
                                                  Case Manager